**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1203-VAP (OPx)                    Date:  September 29, 2008

Title:   FEDERAL HOME LOAN MORTGAGE CORPORATION, its successors and/or assigns -v- CARMEN CHAVEZ, and DOES 1 through X, inclusive
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                             None Present
    Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                           None

PROCEEDINGS:      ORDER TO SHOW CAUSE FOR LACK OF SUBJECT MATTER JURISDICTION (IN CHAMBERS)

    Defendant removed this case to this Court on September 5, 2008.  Removal is inappropriate when the district court would not have original jurisdiction over the case.  <u>See</u> 28 U.S.C. § 1441(a).  A case shall be remanded when the court lacks subject matter jurisdiction.  <u>See</u> 28 U.S.C. § 1447(c).

    Defendant's Notice of Removal fails to state any valid ground for jurisdiction in the United States District Court; nor is any basis for jurisdiction apparent on the face of the pleadings.  Defendant has alleged federal question jurisdiction on the basis of Defendant's discovery requests but this is not a proper source of federal question jurisdiction.  Likewise, Defendant has inadequately invoked diversity jurisdiction because Defendant has not identified the citizenship of both parties.  Accordingly, the Court issues an Order to Show Cause why this case should not be remanded to

EDCV 08-1203-VAP (OPx)
FEDERAL HOME LOAN MORTGAGE CORPORATION, its successors and/or assigns v CARMEN CHAVEZ, and DOES 1 through X, inclusive
MINUTE ORDER of September 29, 2008

the California Superior Court for the County of Riverside.  Defendant must respond in writing by October 14, 2008.  Failure to respond will result in a remand of the action to the California Superior Court.

**IT IS SO ORDERED.**