**PRIORITY SEND**
JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 08-1203-VAP (OPx)                              Date:  November 19, 2008

Title:     FEDERAL HOME LOAN MORTGAGE CORPORATION, its successors and/or assigns -v- CARMEN CHAVEZ, and DOES 1 through X, inclusive
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER REMANDING CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO, FOR FAILURE TO COMPLY WITH COURT ORDER (IN CHAMBERS)

   The Court issued an Order to Show Cause For Lack of Subject Matter Jurisdiction on September 29, 2008. Defendant Carmen Chavez failed to respond timely.  Accordingly, the Court hereby remands Plaintiff's action to the California Superior Court for the County of San Bernardino.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                              Initials of Deputy Clerk  md
CIVIL -- GEN                        Page 1